UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| PRICASPIAN DEVELOPMENT CORPORATION, JACK GRYNBERG and GRYNBERG PETROLEUM COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>WILLIAM C. MARTUCCI, YAMEL GONZALEZ, et al.,<br><br>Defendants. | Hon. Dennis M. Cavanaugh, U.S.D.J.<br><br>Civil Action No.: 11-CV-1459 -DMC<br><br>ORDER |

**DICKSON, U.S.M.J.:**

This matter comes before the court upon application by *pro se* Defendant William C. Martucci ("Defendant") for the appointment of *pro bono* counsel pursuant to 28 U.S.C. §1915(e)(1). Pursuant to Rule 78 of the Federal Rules of Civil Procedure, no oral argument was heard.

This Court, having carefully considered the Defendant's submissions, and for the reasons stated in its Opinion issued on this day,

IT IS on this 13th day of June, 2011,

**ORDERED** that Defendant's Motion for the Appointment of Counsel is **denied**.

Joseph A. Dickson, U.S.M.J

cc:   Hon. Dennis M. Cavanaugh, U.S.D.J.

1